UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

XAVIER LEE JONES,

        Plaintiff,

v.                                            Case No. 3:22-cv-803-BJD-LLL

UNKNOWN WELGTEN
(FDOC) Sergeant,

        Defendant.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On January 5, 2023, the Court *sua sponte* afforded Plaintiff one more opportunity to respond to the Court's September 22, 2022 Order to Show Cause with respect to his failure to honestly disclose his litigation history. *See* Orders (Docs. 4, 18). Additionally, the Court directed Plaintiff to pay the balance of the filing fee of $52 and file a complete application to proceed *in forma pauperis* on appeal or pay the $505 appellate filing fee within thirty days. *See* Order (Doc. 18). The Court advised Plaintiff that his failure to timely comply may result in the dismissal of this case without further notice or proceedings. Plaintiff has not complied.

In prosecuting this action, Plaintiff is responsible for complying with this Court's Orders. As of the date of this Order, Plaintiff has neither fully complied

with the Court's Orders (Doc. 4, 18), explained his noncompliance, nor requested additional time to comply. Given that the designated time to respond to the Court's last Order (Doc. 18) passed on February 6, 2023, and Plaintiff has failed to respond or request additional time to do so, the Court concludes that the dismissal of this case is appropriate.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. This case is **DISMISSED without prejudice** for Plaintiff's lack of prosecution.

2. The **Clerk** shall enter judgment dismissing this case, terminate any pending motions, and close the case.

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of February, 2023.

_____
BRIAN J. DAVIS
United States District Judge

caw 2/16
c:
Xavier Lee Jones, #06858-104